UNITED STATES of America
Plaintiff—Appellee,

v.

Lane Leroy CLELLAND, Defendant—Appellant.

No. 01–35599.

D.C. No. CV–01–00044–BLW
CR–96–00114–BLW.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 30, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Lane Leroy Clelland, a federal prisoner, appeals pro se the denial of his 28 U.S.C. § 2255 motion challenging his jury trial convictions for firearm, drug, and destructive device violations. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *United States v. Sanchez–Cervantes,* 282 F.3d 664, 666 (9th Cir. 2002), and we reverse and remand for further proceedings.

Clelland contends that the district court erred in *sua sponte* dismissing his section 2255 motion for being untimely before giving him notice and an opportunity to be heard. The government correctly concedes that our subsequent decision in *Herbst v. Cook,* 260 F.3d 1039 (9th Cir. 2000) necessitates remand.

We express no opinion on the timeliness of the section 2255 motion. *See id.* at 1044 (deferring to the district court for development and assessment of facts).

REVERSED and REMANDED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.